IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | Criminal Action No. |
| STANLEY DORCEUS | 1:20-CR-00320 |

I, Stanley Dorceus, the above named defendant, who is accused of Conspiracy being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 26, 2020 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Stanley Dorceus
Defendant

_____
Paul Kish
Counsel for Defendant

Before _____
        Judicial Officer